**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   <u>22-20104-CR-BECERRA</u>

**UNITED STATES OF AMERICA,**

v.

**ARCANGEL PRETEL ORTIZ,**
**ANTONIO INTRIAGO,**
**WALTER VEINTEMILLA,**
**CHRISTIAN SANON,**
**JAMES SOLAGES,**
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
**GERMAN ALEJANDRO RIVERA GARCIA,**
**RODOLPHE JAAR,**
**MARIO ANTONIO PALACIOS PALACIOS,**
and
**FREDERICK JOSEPH BERGMANN, JR.,**

       **Defendants.**

_____/

<u>**NOTICE OF APPEARANCE**</u>

Undersigned counsel hereby files this Notice of Appearance as a counsel of record for the United States of America in this cause.

                                    Respectfully submitted,

                                    HAYDEN P. O'BYRNE
                                    UNITED STATES ATTORNEY

BY:    *s/ Sean T. McLaughlin*
           SEAN T. MCLAUGHLIN
           ASSISTANT UNITED STATES ATTORNEY
           Court ID No. A5501121
           11200 NW 20th Street, Suite 101
           Miami, FL 33172
           (305) 715-7642/7654
           Email: Sean.McLaughlin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

*/s Sean T. McLaughlin*
SEAN T. McLAUGHLIN
Assistant United States Attorney

3