**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-JEM**

**UNITED STATES OF AMERICA**

vs.

**MARIO ANTONIO PALACIOS PALACIOS, ET AL.,**
          **Defendants.**
_____/

**NOTICE TO TERMINATE APPEARANCE**

     The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that the court direct the Clerk of Court terminate her appearance on this docket. The undersigned is currently on a detail outside the Southern District of Florida.

                                  Respectfully submitted,

                                  HAYDEN P. O'BYRNE
                                UNITED STATES ATTORNEY

By     s/ Monica K. Castro
        MONICA K. CASTRO
        Assistant United States Attorney
        Court ID A5502776
        JLK Federal Justice Building
        99 NE 4th Street
        Miami, FL 33132
        Telephone: (305) 961-9013
        Email: Monica.Castro@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ *Monica K. Castro*
    MONICA K. CASTRO
    Assistant United States Attorney