UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20104-BECERRA (s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA**

v.

**ARCANGEL PRETEL ORTIZ, et al.,**

    **Defendants.**
_____/

## MOTION TO TERMINATE APPEARANCE

The United States of America, through the undersigned Trial Attorney, respectfully requests that the Court direct the Clerk of Court to terminate the appearance of FRANK RUSSO on this docket. Mr. RUSSO is no longer employed by the National Security Division.

    Respectfully submitted,

    SUE J. BAI
    Supervisory Official for the National
    Security Division

    /s *Andrew Briggs*
    Trial Attorney
    Court ID No. A5503251
    National Security Division
    Department of Justice
    950 Pennsylvania Avenue
    Washington, DC 20530
    (202) 514-7739
    Andrew.Briggs2@usdoj.gov

2

## Certificate of Service

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s *Andrew Briggs*
Andrew Briggs
Trial Attorney