UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ, et al.,

    Defendants.
_____/

UNITED STATES' NOTICE REGARDING
COMPLIANCE WITH RULE 15 DEPOSITION ORDER

    The United States hereby provides an update on the progress made in furtherance of the Court's May 22, 2025, order, which granted, in part, the Defendants' motion to take the Rule 15 video depositions of Naiser Franco Castaneda, Juan Carlos Yepes Clavijo, Victor Albeiro Pineda Cardona, Carlos Giovanni Guerrero Torres, and Edwin Blanquicet.  (DE 1088).

    The same day as the May 19, 2025, hearing, during which the Court orally granted, in part, the Defendants' Rule 15 motion, the government trial team began notifying the necessary U.S. government personnel about the Court's order, which culminated in the preparation of a diplomatic note for transmission to Haiti.  While the government trial team provided input on the contents of the diplomatic note, including the general parameters of the ordered video depositions (*i.e.*, names of deponents, time frame, and necessary logistics) the note itself was prepared by U.S. State Department personnel.  The diplomatic note was finalized, translated, and transmitted to the Haitian government on May 30, 2025.  As of today, the U.S. government has not yet received a response from the Haitian government.

    [No further information on this page.]

The government trial team will continue to provide relevant updates as it works to comply with the Court's order.

Respectfully submitted,

| | |
|---|---|
| HAYDEN P. O'BYRNE<br>United States Attorney | SUE J. BAI<br>Supervisory Official for the National Security Division |
| By:  */s Sean T. McLaughlin*<br>Sean T. McLaughlin<br>Assistant United States Attorney<br>Court ID No. A5501121<br>11200 NW 20th Street, Suite 101<br>Miami, FL 33172<br>(305) 715-7642/7654<br>Sean.McLaughlin@usdoj.gov | */s Andrew Briggs*<br>Andrew Briggs<br>Trial Attorney<br>Court ID No. A5503251<br>National Security Division – Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>(202) 514-7739<br>Andrew.Briggs2@usdoj.gov |

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

**Certificate of Service**

I hereby certify that on June 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

/s *Andrew Briggs*
Andrew Briggs
Trial Attorney
