# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA**

**vs.**

**ARCANGEL PRETEL ORTIZ, et al.,**

**Defendants.**

_____/

### <u>UNITED STATES' NOTICE OF CLASSIFIED FILINGS</u>

The United States, by and through the undersigned attorneys, hereby provides notice that on February 10 and February 18, 2026, the United States made classified filings concerning Section 4 of the Classified Information Procedures Act with the Classified Information Security Officer.

Respectfully submitted,

JASON REDING QUIÑONES  
United States Attorney

By:  */s Sean T. McLaughlin*  
Sean T. McLaughlin  
Assistant United States Attorney  
Court ID No. A5501121  
11200 NW 20th Street, Suite 101  
Miami, FL 33172  
(305) 715-7642/7654  
Sean.McLaughlin@usdoj.gov

/s *Jason Wu*  
Jason Wu  
Assistant United States Attorney  
Court ID No. A5502299  
99 NE 4th Street  
Miami, FL 33132  
(305) 961-9226

JOHN A. EISENBERG  
Assistant Attorney General for the National  
Security Division

*/s Andrew Briggs*  
Andrew Briggs  
Trial Attorney  
Court ID No. A5503251  
National Security Division – Department of Justice  
950 Pennsylvania Avenue  
Washington, DC 20530  
(202) 514-7739  
Andrew.Briggs2@usdoj.gov

1

Jason.Wu@usdoj.gov

/s *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 19, 2026, I electronically filed the foregoing

document with the Clerk of the Court via CM/ECF.

By:   <u>*/s/ Andrew Briggs*</u>
Andrew Briggs
Trial Attorney